# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :    NO.  229
                                          :
AMENDMENT OF RULES 205 AND 402  :    DISCIPLINARY RULES DOCKET
OF THE PENNSYLVANIA RULES OF     :
DISCIPLINARY ENFORCEMENT         :
                                          :
                                          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of August, 2022, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; which followed the proposal to amend Pa.R.D.E. 205 and 402 having been published for comment in the Pennsylvania Bulletin, 51 Pa.B. 5359 (August 28, 2021):

     **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 205 and 402 of the Rules of Disciplinary Enforcement is amended in the attached form.

     This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and in brackets.